PER CURIAM.
This appeal from a judgment and sentence entered pursuant to a plea of nolo contendere is dismissed because appellant did not reserve his right to appeal any issue when entering his plea of nolo conten-dere. See McNamara v. State, 357 So.2d 410 (Fla.1978); Feagin v. State, 438 So.2d 1082 (Fla. 1st DCA 1983); Chapin v. State, 427 So.2d 812 (Fla. 5th DCA 1983); § 924.-06(3), Fla.Stat. (1981); Fla.R.App.P. 9.140(b)(1). This dismissal is without prejudice to appellant’s right to seek post-conviction relief pursuant to Fla.R.Crim.P. 3.850.
DISMISSED.
ERVIN, C.J., and THOMPSON and WIG-GINTON, JJ., concur.